# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## PINE BLUFF DIVISION

**RODERICK MONTAY CONIC, SR.**
**ADC #123573** **PLAINTIFF**

V. **CASE NO. 5:14-CV-282 JM/BD**

**TAMMY SHAMBLEY, et al.** **DEFENDANTS**

## ORDER

The Court has received a Partial Recommended Disposition ("Recommendation") filed by Magistrate Judge Beth Deere. The parties have not filed objections. After careful review of the Recommendation, the Court concludes that the Recommendation should be, and hereby is, approved and adopted as this Court's findings in all respects in its entirety.

Mr. Conic's claims against Defendants Latimore and Hobbs are DISMISSED, without prejudice. The Clerk of the Court is instructed to terminate these individuals as party Defendants.

In addition, Mr. Conic's claims for money damages against Defendants Shambley and Boudra in their official capacities are DISMISSED, with prejudice.

IT IS SO ORDERED this 29th day of August, 2014.

_____
UNITED STATES DISTRICT JUDGE