# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## PINE BLUFF DIVISION

**RODERICK MONTAY CONIC, SR.**
**ADC #123573**                                                                                    **PLAINTIFF**

**V.**                              **CASE NO. 5:14-CV-282 JM/BD**

**TAMMY SHAMBLEY**                                                                     **DEFENDANT**

## ORDER

The Court has received a Partial Recommended Disposition ("Recommendation") filed by Magistrate Judge Beth Deere. After careful review of the Recommendation, Mr. Conic's timely objections, as well as a *de novo* review of the record, the Court concludes that the Recommendation should be, and hereby is, approved and adopted as this Court's findings in all respects.

Mr. Conic's motion for summary judgment (docket entry #33) is DENIED.

IT IS SO ORDERED, this 18th day of March, 2015.

_____
UNITED STATES DISTRICT JUDGE